# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-481
Lower Tribunal No. 14-23566
_____

**Apac Group, Inc,**
Appellant,

vs.

**City of Miami,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

The Bravo Law Firm, PLLC, and Jason Bravo, for appellant.

George K. Wysong, III, City Attorney, and Brian E. Capdevila and Marguerite Snyder, Assistant City Attorneys, for appellee.

Before FERNANDEZ, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.